Robbins *v.* Baker.

-the time of answering, I cannot see what injury it could work
to the defendant.

Judgment is affirmed.

GEORGE C. ROBBINS, Plaintiff in Error, *v.* D. S. BAKER,
Defendant in Error.

*Error to Multnomah County.*

When a defendant in an answer uses the words " defendant for answer,
&c., says that he has not knowledge or information sufficient to form a
belief as to whether, &c., the matters charged in the complaint are true."
*Held,* that the answer was a sufficient denial.

THIS was an action on a promissory note, given by one F.
N. Blanchet to the defendant, G. C. Robbins, and after-
wards indorsed by the defendant, Robbins, to the plaintiff,
Baker, who brings this suit against Blanchet and Robbins,
charging Robbins as indorser. Robbins answers, denying due
demand for payment of the note from the maker, Blanchet,
and also denying due notice to himself of non-payment. The
answer was excepted to in the court below as being insuffi-
cient, and the portion excepted to is in these words : " Defend-
ant for answer says that he has not knowledge or information
sufficient to form a belief as to whether, &c." The court
below held that this was not a sufficient denial of knowledge
or information to comply with the statute ; and gave judg-
ment against defendant, Robbins, as for want of an answer.

*G. H. Williams, Esq.,* plaintiff in error.

*D. Logan, Esq.,* for defendant in error.

BOISE, C. J. The *Statute, page* 90, *sec.* 46, provides that
" the answer of a defendant shall contain a specific denial
of each material allegation in the complaint according to his
knowledge, information or belief, or of *any* knowledge or

information sufficient to form a belief." The answer in this case does not declare absolutely that the defendant has no knowledge of the matter controverted, but denies that he has sufficient knowledge to make up an opinion or form a belief. If the answer had contained the word *any*, used in the statute, and stated that he had not *any* knowledge or information sufficient to form a belief it would not have been a declaration that defendant had no knowledge whatever on the subject matter ; it would have been a declaration briefly denying that any knowledge or information which he did possess was sufficient to enable him to form a belief. I think the form of expression used in the answer conveys the same meaning as though the language of the statute had been followed, and that the answer is sufficient.

Judgment reversed.